

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-14-00360-CV

Jennifer L. **ZUNIGA**,
Appellant/Cross-Appellee

v.

Christopher **MEDINA** (Cross-Appellant), Richard Medina, and Shelly Medina,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10872
Honorable Larry Noll, Judge Presiding

# O R D E R

    Craig Carter's Notification of Late Reporter's Record is hereby GRANTED. Time is extended to August 15, 2014.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court